Hon. Robert S. Lasnik

Peter D. Stutheit, WSBA #32090
YARMUTH WILSDON CALFO PLLC
The IDX Tower
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104-1157
206-516-3800
206-516-3888 fax
pstutheit@yarmuth.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL McCORVY,<br><br>Defendant. | No. CV03-3735 FDB<br>DIRECTV Litigation<br><br>ORDER GRANTING JUDGMENT OF DEFAULT AGAINST DEFENDANT MICHAEL MCCORVY |

Upon consideration of Plaintiff DIRECTV, Inc.'s Motion for Judgment of Default against Defendant Michael McCorvy, any opposition thereto, and the pleadings filed in this matter, this Court finds that:

1. Defendant Michael McCorvy knowingly purchased, resold and distributed satellite signal theft devices ("Pirate Access Devices") that are designed to permit viewing of DIRECTV's television programming without authorization by or payment to DIRECTV.

2. Defendant Michael McCorvy purchased seven (7) Pirate Access Devices from DSSPro, located in Indiana and thereafter resold and distributed those devices.

ORDER GRANTING JUDGMENT OF
DEFAULT AGAINST DEFENDANT MICHAEL
MCCORVY
NO. CV03-3735 FDB – Page 1

YARMUTH WILSDON CALFO PLLC
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

3. Defendant Michael McCorvy placed his orders for Pirate Access Devices by using interstate or foreign wire facilities, and received his orders via the United States Postal Service or commercial mail carriers.

4. Plaintiff is entitled to judgment against Michael McCorvy in the amount of $70,000.00 (7 purchases/resales x $10,000 per violation) as statutory damages and $850.00 as reasonable attorney's fees and costs.

Based on the above findings it is, this 25th day of July, 2005 by the United States District Court for the Western District of Washington,

ORDERED that a Default Judgment is entered against defendant Michael McCorvy in the amount of $70,000.00 as statutory damages plus $850.00 as reasonable attorney's fees and costs. Interest on the judgment at the federal rate shall accrue from the date of entry of this order.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING JUDGMENT OF DEFAULT AGAINST DEFENDANT MICHAEL MCCORVY
NO. CV03-3735 FDB – Page 2

YARMUTH WILSDON CALFO PLLC
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888